RECEIVED
10 MAR 31 PM 2:43
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

| | |
|---|---|
| State of Minnesota | District Court, 2nd Judicial District |
| County of Ramsey | Case No: _____ |
| | Case Type: <u>Civil Other (ADR)</u> |

**NOTICE OF INFORMATIONAL STATEMENT: FEDERAL QUESTION: IN DISPUTE: CIVIL RIGHTS AND DIVERSITY OF CITIZENSHIP: IN LIMINE: MOTIONS AND COMPLAINTS:**

State of Minnesota

County of Ramsey

RAMSEY COUNTY DISTRICT COURT

SECOND JUDICIAL DISTRICT

COURT FILE: NUMBER <u>62 HG</u> _____

<u>RICHARD JAMES STUKE, AGENT</u>

CIVIL 09 – 3030

<u>For and by Angel Meeks</u> et alii, et alius, et allii e contra

Plaintiff(s)

vs

<u>CITY OF SAINT PAUL, INCORPORATED</u>

<u>STATE OF MINNESOTA</u>

Defendant(s)

Case: **0:10-cv-01029**
Assigned To : **Tunheim, John R.**
Referral Judge: **Keyes, Jeffrey J.**
Assign. Date : **3/30/2010**
Description: **Angel Meeks v. City of St. Paul, Inc., et al.**

NOTICE IS HEREBY GIVEN, That the above-entitled action has been commenced and that the complaint therein is now on file in the office of the administrator above named SECOND JUDICIAL DISTRICT; that the names of the parties are as above stated; that real property is affected, involved, and brought into question by said entitled action is in <u>RAMSEY</u> County, Minnesota, and is legally described **Lis Pendens**.

Notice is further given that the object of said action is: adverse possession of all property attached by: **NOTICE OF LIS PENDENS**

ET ALLOCATUR............................................ Plaintiff's Attorney pro se

THIS INSTRUMENT WAS DRAFTED BY:

Latoy Company

Richard Stuke: _____

SCANNED
MAR 31 2010
U.S. DISTRICT COURT MPLS

EXHIBIT 1 B

1

Re: Better used 1

INFORMATIONAL STATEMENT.

Ronald B. Peterson
Chairperson

CLERK'S OFFICE
MINNEAPOLIS DIVISION
300 SOUTH 4TH STREET
SUITE 202
MINNEAPOLIS, MN 55415-2297
WEBSITE: www.mnd.uscourts.gov    TEL: (612) 664-5000

EXHIBIT 1 B

RECEIVED
10 MAR 31 PM 2:43
CLERK US DIST COURT
MINNEAPOLIS, MINN.

(a) Providing for representation of the designation 4C (Home Rule Charter)

(b) Related to acts enacted Laws 2003; 2005 and further enacted in Home Rule are other acts related to all Public law.

(c) This provides for your interest and the rules Minn. R. Civ. P. (the bench's effort) to maintain their interest and practicing self-help interest the bar and academic interest; and,

(d) May attach portions of CLE material + 8 court filings, authorized as precedent notice of copyright with these goals in mind, 1) any portion of these materials may be attached and attached become material "case precedent" © the court file. 2) Case permitted "Commercial and Real Estate Loan Documents; More than Just Papers in Minnesota" Phone 866-352-9539 © Lorman Education Services in any fashion 3) May attach portions by precedent, unused portions apply "used portions precedent" Betterment

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Case No. _____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☐    NO ☐

Defendant(s).

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name

      Street Address

      County, City

      State & Zip Code

      Telephone Number

**DISTRICT COURT**
Conciliation and Housing Court
170 Courthouse
15 W. Kellogg Boulevard
St. Paul, MN 55102-1618

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name

Street Address

County, City

State & Zip Code

**CHRISTOPHER B. COLEMAN**
MAYOR

PHONE (651) 266-8510
FAX (651) 266-8513
Email: chris.coleman@ci.stpaul.mn.us

390 CITY HALL
SAINT PAUL, MINNESOTA 55102

b. Defendant No. 2

Name

Street Address

County, City

State & Zip Code

**Office of the County Manager**
15 W. Kellogg Blvd.
Room 250
Saint Paul, MN 55102

**Julie Kleinschmidt**
Ramsey County Manager

Direct: (651) 266-8009
Cell:   (651) 245-1700      Fax: (651) 266-8039
E-mail: julie.kleinschmidt@co.ramsey.mn.us

c. Defendant No. 3

Name  _JOHN AND/OR JANE DOES OR ROES_
       _AS REQUIRED_

Street Address

County, City

State & Zip Code

~~CHAI LEE~~ RJS
*Communications Associate - Constituent Services*

**CITY OF SAINT PAUL**
OFFICE OF THE MAYOR

390 City Hall            Tel: 651-266-8512
Saint Paul, MN 55102     Fax: 651-266-8521
E-mail: chai.lee@ci.stpaul.mn.us

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES ON A SEPARATE**
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to correspond to the paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)

SERVICE ADMITTED THIS _____ DAY
OF _____, 20___
SUSAN GAERTNER
RAMSEY COUNTY ATTORNEY
BY _50 W Kellogg_
Suite 315
St Paul MN 55102

_JOHN CHOI_
_ST. PAUL CITY ATTORNEY_
_400 CITY HALL_
_SAINT PAUL, MN 55102_

2

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   ☒ Federal Question     ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? If more than one, list each.



5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                State of Citizenship:

   Defendant No. 1:               State of Citizenship:

   Defendant No. 2:               State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.** SEE: ORIGINAL PROCEEDING
   **Check here if additional sheets of paper are attached.** ☐

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   ☐ Defendant(s) reside in Minnesota    ☒ Facts alleged below primarily occurred in Minnesota

   ☐ Other: explain

   Exhibit 1-A          Exhibit F
   "      A-B-C
   "      D
   "      E

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in

3

(c) Ad satisfaciendum. For the court has the body to make amends; and you have the body the court to submit to ad subjicied-um the court willing to submit evidence.

(d) Ne exeat. Equitable writ ordering the person not to leave jurisdiction of the court. Issued to insure the satisfaction of the claim "NOTICE" against you is notice of claim, "Defendant shall not remove property from the jurisdiction, or remove during pendency of the suit on appeal, or before the issuance of the final decree."

1) Proper and valid actions under a constitution

2) This was the standard definition before the first written constitution and before the Declaration of Independence it ruled Parlimentary law. This was the Standard.

3) Formed properly and validly under an unwritten constitution by charter or by articles the formation was proper and valid. Formed properly and validly by charter or by articles the unwritten became subordinate to the written, more easily amended than the unwritten, bylaws, if adopted are subordinate to the constitution which by Charter or Articles adopted them or to them they are sometimes contained in a document. by law or by law "local custom" or bur law.

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| _____ | ) | Case: **0:10-cv-01029** |
| *Plaintiff* | ) | Assigned To : **Tunheim, John R.** |
| v. | ) Civil Action No. | Referral Judge: **Keyes, Jeffrey J.** |
| | ) | Assign. Date : **3/30/2010** |
| _____ | ) | Description: **Angel Meeks v. City of St** |
| *Defendant* | ) | **Paul, Inc., et al.** |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*



A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*

Date: _____        _____
                                   *Signature of Clerk or Deputy Clerk*

the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. I HAVE BUSINESS WITH ANGEL MEEKS.

8. ANGEL MEEKS HAS BUSINESS WITH THE CITY.

9. THE CITY OF SAINT PAUL REFUSES TO NEGOTIATE A CONTRACT. "THE CITY HAS BUSINESS WITH ME."

10. DECLARANT DENIES A LEGAL ISSUE BY "TAKING."

11. DECLARANT IMPLIES CONDEMNATION IS A TAKING OF PROPERTY AND WHEN GOVERNMENT INTERFERES WITH OR DISTURBS A TYPE OF CONSTRUTIVE DELIVERY IT DENIES A POSSESSORY CONTRACT IN CONSTITUTION, LAW AND IN STATUTES EXPRESSLY WRITTEN IN LAW.

Attach additional sheets of paper as necessary.
Check here if additional sheets of paper are attached: ☐
Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF: THE BODY OF LEGAL RULES THAT DETERMINE WITH AN UNWRITTEN CONSTITUTION THE WRITTEN DEALING WITH POWERS, RIGHTS, AND LIBERTIES.

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

12. ANGEL MEEKS HAS CONSTITUTIONAL PROTECTION AND AN OFFICER OF THE CITY REFUSES HER PROTECTION; AND IN THE BODY OF LAW, WHICH IS THE FIELD OF LAW OF CONSTITUTIONS, DERIVED FROM THE U.S. CONSTITUTION, VIOLATES WITH CONSTITUTIONAL MALACE HER LEGAL RIGHTS WITHOUT JUSTIFICATION.

13. AWARD IN COMPENSATION HER LEGAL RIGHT "TO POSSESS."

4