United States District Court

District of Minnesota

0:10-cv-01029 JRT-JJK

MEEKS

V

CITY OF SAINT PAUL, INC. et al



# Objection

TO: Report and recomandation

This matter is to be before The United States Judge on Plaintiff's Pro Se Application.

1. Plaintiff is indigent.
2. Plaintiff is a singel mother raising a 8 year old.
3. Plaintiff is Disabled

## Conclution

A. Plaintiff can not continue claim with out I.F.P.

## Objection

1. Plaintiff signed a lease with a landlord.
2. The landlord violated every terms of the lease.
3. I tried to stop Him

## Conclution

A. The landlord retaliated against me through the court.

## Objection

1. The laws didnt help me
2. The land lord lied in court
3. I gave the landlord the information, The landlord lied in Court.

## Conclution

A. The landlord retaliated against me through the court

## Objection

1. The laws didnt help me.
2. The courts didnt help me.
3. The owner didnt help me.

# Conclusion

A. I helped my self but I'm disabled

## Objection

- I'm not so disabled, That a landlord can do whatever he wants to me.

- The laws are suppose to help me

## Conclusion

A. Plaintiff can not continue a claim against a criminal without I.F.P

## Complaint #1

1. I know the acts that I Did.
   (A) I went to court
   (B) I established a rent escrow
   (C) I pettitioned the owner of the building for emergency-relief from the landlord.

## Conclusion

1. The owner omitted the legal solution, The landlord lied in court. The landlord and the owner are the same person.

## Complaint #2

1. The omissions of the owner are gross misdemeanors and Misdemeanors ~~and perjury~~.
2. The acts of the landlord are gross misdemeanors, misdemeanors and perjury.
3. The act and omission of the land lord and owner are contractual Obligations defined in lease, ordinance, statutes in united state code

as Act and omissions in support of racketeer.

Conclussion

1. The court didnt help me, it help create the record.
2. The landlord didnt help me, He help create the criminal record.
3. The owner didnt help me, he help create the racketeer.
4. Im asking the court to make a determination based on the record. The owner is a racketeer.

x *Angel Meeks*
Angel Meeks

1) COURT CASE DOCUMENTS:
   (a) LEASE VIOLATIONS: 62hg cv 09-3030:
   (b) ORDINACE VIOLATIONS 62hg cv 09-3670:
   (c) STATUTE VIOLATIONS 62hg cv 09-3833:

2) CRITICAL ISSUES:
   (a) Rights IFP.
   (b) Rights PLAINTIFF.
   (c) Rights DEFENDANT.

3) EXPLANATORY ISSUES:
   (a) HOW DID WE GET TO FEDERAL COURT?
   (b) HOW DID WE GET DEFENDANTS NAMED?
   (c) HOW DO WE DETERMINE DAMAGES?

4) EXPLANED TO THE COURT:
   (a) ITEM BY ITEM (1)
   (b) RULE BY RULE (2)
   (c) LAW BY LAW MAY ONLY BE EXPLAINED
       "IS CRIMINAL." (1) + (2) = "IS"

## Other Orders/Judgments
0:10-cv-01029-JRT-JJK Meeks v. City of Saint Paul, Inc. et al
CV, PRO-SE

*Objection* (handwritten)

### U.S. District Court

### District of Minnesota

## Notice of Electronic Filing

The following transaction was entered on 4/5/2010 at 3:21 PM CDT and filed on 4/5/2010
**Case Name:**       Meeks v. City of Saint Paul, Inc. et al
**Case Number:**     0:10-cv-01029-JRT-JJK
**Filer:**
**Document Number:** 4

Docket Text:
**REPORT AND RECOMMENDATION: that: 1. Plaintiff's application to proceed in forma pauperis, (Docket No. [2]), be DENIED; and 2. This action be summarily DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Objections to R&R due by 4/20/2010 Signed by Magistrate Judge Jeffrey J. Keyes on 04/05/2010. (MMP)**

**0:10-cv-01029-JRT-JJK Notice has been electronically mailed to:**

**0:10-cv-01029-JRT-JJK Notice has been delivered by other means to:**

Angel Meeks
15 West Kellogg Boulevard
Ramsey County District Court
Rm 170 Housing Division
St. Paul, MN 55102-1618

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051215216 [Date=4/5/2010] [FileNumber=2728293-0]
[1caa226611bd9696ad69da8253869488a8ac72586f8c4888d02a3e5d10880d48168c
f1267aeedfad32c781c90499d9f582611518df49c8b47dd4fa584495118f]]