# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ANGEL MEEKS, | Civil No. 10-1029 (JRT/JJK) |
| Petitioner, | |
| v. | |
| CITY OF SAINT PAUL, INC., MAYOR CHRISTOPHER B. COLEMAN, JULIE KLEINSCHMIDT, JOHN DOE, JANE DOE, and ROES, | **ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE** |
| Respondents. | |

Angel Meeks, 15 West Kellogg Boulevard, Ramsey County District Court, Room 170, Housing Division, Saint Paul, MN 55102-16189, petitioner *pro se*.

On March 30, 2010, Angel Meeks filed a *pro se* complaint against the above-named defendants and an application for leave to proceed *in forma pauperis* ("IFP") in district court. (*See* Docket Nos. 1-2.) On April 5, 2010, United States Magistrate Judge Jeffrey J. Keyes filed a Report and Recommendation recommending that the Court deny Meeks' application to proceed IFP and summarily dismiss this action pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Meeks then filed two documents that the Court construes as objections to the Report and Recommendation. (*See* Docket Nos. 5-6.) After *de novo* review, *see* 28 U.S.C. § 636(b)(1)(C); D. Minn. Local Rule 72.2, the Court overrules the objections and adopts the Report and Recommendation of the Magistrate Judge.

The Court will deny an application to proceed IFP and dismiss a case if it determines that "the action . . . fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(ii). The Court liberally construes *pro se* pleadings, but "such pleadings may not be merely conclusory: the complaint must allege facts, which if true, state a claim as a matter of law." *Martin v. Aubuchon*, 623 F.2d 1282, 1286 (8th Cir. 1980).

Like the Magistrate Judge, the Court is unable identify any claims in Meeks' complaint, a legal basis or facts supporting such claims, or any relief that Meeks requests. (*See generally* Compl., Docket No. 1.) Meeks' objections suggest that she alleges that her landlord breached the terms of a lease agreement, (*see* Objections at 2-4, Docket No. 6), but the complaint does not allege facts or legal theories supporting such a claim. Accordingly, the Court denies Meeks' application to proceed IFP and dismisses without prejudice Meeks' complaint.[1] *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

**ORDER**

Based on the foregoing and the records, files, and proceedings herein, the Court **OVERRULES** petitioner's objections to the Report and Recommendation [Docket Nos. 5-6], and **ADOPTS** the Report and Recommendation of the Magistrate Judge dated April 5, 2010, [Docket No. 4]. Accordingly, **IT IS HEREBY ORDERED** that:

---

[1] To the extent that Meeks wishes to pursue a claim relating to a breach of a lease agreement or some variation of that claim, the Court commends to Meeks the Ramsey County Housing and Conciliation Court Self-Help Center, which is located on the eighteenth floor of the Ramsey County Courthouse, located at 15 Kellogg Boulevard West in Saint Paul, Minnesota. Walk-in hours for the Center are Tuesdays from 1:00 to 4:00 P.M.

1. Petitioner's application to proceed *in forma pauperis* [Docket No. 2] is **DENIED**.

2. Petitioner's Complaint [Docket No. 1] is **DISMISSED without prejudice**.

**IT IS FURTHER HEREBY ORDERED that**:

3. Petitioner's motion [Docket no. 9] is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: June 23, 2010
at Minneapolis, Minnesota.

                                              s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                             United States District Judge